

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 5:20-00145-01

JULIE M. WHEELER

GUILTY PLEA

In the presence of Roger L. Lambert, my counsel, who has fully explained the charges contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the single-count indictment.

10-07-2020
Date

Julie M. Wheeler

Witness:

Counsel for defendant