# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: 10/7/2020 | Case Number   5:20-cr-00145 |

Case Style        USA v. Julie M. Wheeler

Type of hearing   Plea Hearing

Before the honorable: 2508-Copenhaver

Court Reporter    Catherine Schutte-Stant        Courtroom Deputy   Mary Anne Williams

Attorney(s) for the Plaintiff or Government

Erik S. Goes

Attorney(s) for the Defendant(s)

Roger L. Lambert

Law Clerk

Probation Officer   Linsey Burns

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 1:36 PM | 2:37 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:01

## Courtroom Notes

1:30 - case set

1:36 - case called - purpose of hearing for defendant to enter plea to the single-count indictment pursuant to plea agreement- defense counsel agrees that is correct

Defendant sworn

Defendant gave personal information

Court read the single-count indictment - defendant understands

Court gave elements for single-count indictment - defendant understands

Original plea agreement to the court - court explained provisions of the agreement - government read stipulation of facts - defendant understands entire agreement - her initials and signature

Court explained constitutional rights, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

Defendant gave a factual basis for the plea

Directs presentence investigation - Sentencing set for 1:30 on January 6, 2021

Defendant remanded

2:37 concluded