

# Motion
## Request for Information

United States of America -v- Julie M. Wheeler
Case Numbers: 2:19-cr-00235
5:20-CR-00145-001

I am respectfully requesting information regarding the previously submitted motion request for home confinement/compassionate release. The COVID-19 pandemic has gotten drastically worse over the past few months and numbers continue to increase daily. The total number of deaths has also continued to increase. The South Central Regional Jail has also seen an increase in the number of COVID-19 cases. The cases amongst the Charleston Police Department have contributed to the increase resulting in several booking employees testing positive. The jail is not allowing outdoor recreation as a result.

My family obligations are also still of concern. My ailing mother still requires full-time care which she wants me to continue providing. My minor children also require full-time care. My oldest son suffers from mild cerebral palsy, gastrointestinal issues and blindness in his left eye. He does not require full-time care but does require assistance. I would like to provide the care for my children.

I realize that my requests have not followed the proper administrative procedures but under the circumstances I have been unable to do so. I am respectfully requesting that you consider my request. I would like to thank you for your time and consideration. I look forward to hearing from you.

Respectfully,

*Julie Wheeler*

Julie Wheeler
℅ South Central Regional Jail
OID: 3653247
1001 Centre Way
Charleston, WV 25309

Julie Wheeler
1001 Centre Way
Charleston, WV 25309

CHARLESTON WV 250
9 DEC 2020 PM 1 L

25301-253900

Clerk - US District Court
Rory L. Perry, II
Robert C. Byrd US Courthouse
300 Virginia Street, East
Room 2400
Charleston, WV 25301

RECEIVED
DEC 11 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia




South Central Regional Jail
1001 Centre Way
Charleston, WV 25309