**EXHIBIT 1**

| TOTAL | |
|---|---|

| COST SUMMARY | |
|---|---|
| Programmed Payroll Costs | 2262.59 |
| Permanent Employees Unprogrammed Payroll Costs | 1433.38 |
| Seasonal Employee Unprogrammed Payroll Costs | 73.97 |
| Emergency Employment | |
| Volunteer Time and other Donated Costs (aviation) | 12,752.00 |
| Supplies / Materials / Equipment Rental | |
| | |
| **TOTAL COST OF INCIDENT** | $16,521.94 |

Incident Commanders complete the shaded columns.
Attach all DI-1s, Invoices, Emergency Firefighter Time Reports, and Case Incident Report

| COST SUMMARY | |
|---|---|
| Programmed Payroll Costs | $298.23 |
| Permanent Employees Unprogrammed Payroll Costs | $649.59 |
| Seasonal Employee Unprogrammed Payroll Costs | |
| Emergency Employment | |
| Volunteer Time | $7575.00 |
| Supplies / Materials / Equipment Rental | |
| **TOTAL COST OF INCIDENT** | $8522.82 |

Incident Commanders complete the shaded columns.
Attach all DI-1s, Invoices, Emergency Firefighter Time Reports, and Case Incident Report

| TOTAL | |
|---|---|

| COST SUMMARY | |
|---|---|
| Programmed Payroll Costs | 1257.28 |
| Permanent Employees Unprogrammed Payroll Costs | 889.18 |
| Seasonal Employee Unprogrammed Payroll Costs | 62.72 |
| Emergency Employment | |
| Volunteer Time and other Donated Costs (aviation) | |
| Supplies / Materials / Equipment Rental | |
| | |
| **TOTAL COST OF INCIDENT** | 2209.18 |

Incident Commanders complete the shaded columns.
Attach all DI-1s, Invoices, Emergency Firefighter Time Reports, and Case Incident Report

Summary
Incident Initiated: 05/31/2020 20:30. Park: New River Gorge National River (NER, WV). Incident #2003, Major SAR # PX.ENERIS.00.1. This search began at 17S MB 9453 8702 (USNG) and included 1 subject(s) in the category other. Factors contributing to this incident included HORSEPLAY.

The subject was found Alive_Well.

The subject was located on 06/02/2020 17:00 after a search duration of 1 days (44 hours). The rescue method(s) for this incident included INVESTIGATION and the found location was 17S MB 8803 7942 (USNG), 10 km (6.214 mi) from the IPP.

Time and Cost Summary: the total incident cost was $27253.940000000002. Total personnel hours for this incident were 652 (111.5 programmed hours, 62 unprogrammed hours, and 478.5 non NPS hours). Total personnel cost for these hours was $11641.94 ($3818.1 programmed personnel cost, $3108.84 unprogrammed personnel cost, and $4715 non-NPS personnel cost). Total cost for supplies/equipment and other services and expenses was $0.

2 aircraft/vessel(s) were used in this incident, with a total cost of $15612. [State Govt Helicopter, 3 hours at $1700/per hour; Military (DoD) Helicopter, 4 hours at $2628/per hour; ]