**EXHIBIT 2**

| VOLUNTEER TIME  (NON-EMPLOYEE) AND OTHER DONATED COSTS est. | | | |
|---|---|---|---|
| NAME | # HOURS | RATE/HR | AMOUNT |
| Ansted VFD X 12 | 96 | $10.00 | 960.00 |
| Beaver VFD X 12 | 96 | $10.00 | 960.00 |
| Bradley VFD x? | | $10.00 | |
| Danese VFD x? | | $10.00 | |
| Fayette County Sheriff x | | $10.00 | |
| Fayette County 911 x? | | $10.00 | |
| Fayetteville VFD x | | $10.00 | |
| Fayetteville PD x? | | $10.00 | |
| Hinton VFD x? | | $10.00 | |
| Hinton PD x? | | $10.00 | |
| Medical Examiner  x | | $10.00 | |
| Raleigh County Sheriff X 2 | 8 | $10.00 | 80 |
| Raleigh County 911 x? | | $10.00 | |
| WVDNR X 1 | 8 | $10.00 | 80 |
| Jan Care EMS x | | $10.00 | |
| Priority EMS x? | | $10.00 | |
| Summers County Sheriff x? | | $10.00 | |
| Wilderness VFD x? | | $10.00 | |
| Towing | | $10.00 | |
| WV State Police X 2 | 16 | $10.00 | 160 |
| WV National Guard UH-72 Lakota Helicopter X 1 | 4 | $2628.00 | 10,512 |
| **TOTALS** | 228 | | $12,752.00 |

| SUPPLIES, MATERIALS, EQUIPMENT RENTAL, MISCELLANEOUS COSTS | |
|---|---|
| VENDOR NAME | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| VOLUNTEER TIME  (NON-EMPLOYEE) AND OTHER DONATED COSTS est. | | | |
|---|---|---|---|
| NAME | # HOURS | RATE/HR | AMOUNT |
| Beaver VFD x 20? | 90 | $10.00 | $900.00 |
| Raleigh County Sheriff x 4 | 18 | $10.00 | $180.00 |
| Jan Care EMS x 2 | 9 | $10.00 | $90.00 |
| Fayette County Rope Rescue x 20 | 90 | $10.00 | $900.00 |
| WVSP x 7 | 31.5 | $10.00 | $315.00 |
| Ghent EMS x 2 | 9 | $10.00 | $90.00 |
| WVSP Helicopter | 3 | $1700.00 | 5100.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | 250.5 | | $7575.00 |

| SUPPLIES, MATERIALS, EQUIPMENT RENTAL, MISCELLANEOUS COSTS | |
|---|---|
| VENDOR NAME | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |