## PREMIUM PAY AUTHORIZATION AND COST RECORD

**EXHIBIT 3**

NAME OF SUBJECT: Wheeler  
TYPE OF OPERATION: SAR  
LOCATION: Grandview  

ACCOUNT NUMBER: PPNENEROL3  
CASE INCIDENT NUMBER: NP20054331  
INCLUSIVE DATES: 5/31/2020  

| Employee | Date | Regular TOD | Div | Perm/Temp | Regular From | Regular To | Regular Hrs | Regular Rate | Regular Amt | Overtime From | Overtime To | Overtime Hrs. | Overtime Rate | Overtime Amt. | X | Hazard Hrs. | Hazard Rate | Hazard Amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W███, C███ (9/7) (SRT) | 5/31/20 | 14-22 | VR&P | Perm | 2030 | 2200 | 1.5 | 30.40 | 45.60 | 2200 | 0115 | 3.15 | 42.08 | 132.55 | | | | |
| F███, N███ (9/7) (TRTL/SRTL) | 5/31/20 | 14-22 | VR&P | Perm | 2030 | 2200 | 1.5 | 30.40 | 45.60 | 2200 | 0130 | 3.5 | 42.08 | 147.28 | | 11.5 | 7.82 | 89.93 |
| K███, K███ (9/8) (IC) | 5/31/20 | 14-22 | VR&P | Perm | 2030 | 2200 | 1.5 | 31.22 | 46.83 | 2200 | 0115 | 3.15 | 42.08 | 132.55 | | | | |
| F███, M███ (9/9) (SRT) | 5/31/20 | 16-24 | VR&P | Perm | 2030 | 2400 | 3.5 | 32.04 | 112.14 | 2400 | 0130 | 1.5 | 42.08 | 63.12 | | | | |
| F███, R███ (9/9) (SRT) | 5/31/20 | 14-22 | VR&P | Perm | 2030 | 2200 | 1.5 | 32.04 | 48.06 | 2200 | 2400 | 2 | 42.08 | 84.16 | | | | |
| | | | | | | TOTALS | 9.5 | | 298.23 | | | 13.5 | | 559.66 | | 11.5 | | 89.93 |

Total Unprogrammed Costs: $ $649.59        Approved By (IC): Karl Keach        Date: 5/31/2020

# PREMIUM PAY AUTHORIZATION AND COST RECORD

**NAME OF SUBJECT:** Julie Wheeler  
**TYPE OF OPERATION:** SAR  
**LOCATION:** NERI Land Search (Grandview area)  

**ACCOUNT NUMBER:** PPNENEROL3  
**CASE INCIDENT NUMBER:** NP20054331  
**INCLUSIVE DATES:** 5/31/2020-6/2/2020  

| Employee | Date | Regular TOD | Div | Perm/Temp | Regular From | To | Hrs | Rate | Amt | Overtime From | To | Hrs. | Rate | Amt. | Hazard X | Hrs. | Rate | Amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A___, G___ (9/8) | 6/1 | | VR&P | Perm | 0730 | 1530 | 8 | 32.11 | 256.88 | 1530 | 2000 | 4.5 | 43.28 | 194.76 | | | | |
| B___, P___ (9/10) | | | VR&P | Perm | | | | | | | | | | | | | | |
| C___, G___ (5/1) | 6/1 | | VR&P | Temp | 0800 | 1600 | 8 | 16.73 | 133.84 | 1600 | 1830 | 2.5 | 25.10 | 62.75 | 25% | 10.5 | 4.18 | 43.89 |
| F___, M___ (9/9) | | | VR&P | Perm | | | | | | | | | | | | | | |
| F___, M___ (5/1) | | | VR&P | Temp | | | | | | | | | | | | | | |
| F___, R___ (9/9) | 6/1 | | VR&P | Perm | | | | | | 0700 | 1800 | 11 | 43.28 | 476.08 | | | | |
| F___, N___ (9/7) (TRTL/SRTL) | 6/1 | | VR&P | Perm | 0800 | 1600 | 8 | 31.26 | 250.08 | 1600 | 1630 | .5 | 43.28 | 21.64 | 25% | 8.5 | 7.82 | 66.47 |
| | | | VR&P | Temp | | | | | | | | | | | | | | |
| S___, M___ (4/1) | 6/1 | | VR&P | Temp | 0800 | 1600 | 8 | 14.95 | 119.60 | 1600 | 1630 | .5 | 22.43 | 11.22 | | | | |
| H___, J___ (5/8) | | | VR&P | Perm | | | | | | | | | | | | | | |
| K___, K___ (9/8) | | | VR&P | Perm | | | | | | | | | | | | | | |
| Mc___, J___ (9/4) (TRTL) | 6/1 | | VR&P | Perm | 0800 | 1600 | 8 | 27.88 | 223.04 | | | | 41.82 | | 25% | 8 | 6.97 | 55.76 |
| M___, R___ (13/4) | | | VR&P | Perm | | | | | | | | | | | | | | |
| O___, E___ (9/9) | 6/1 | | VR&P | Perm | 0800 | 1600 | 8 | 32.95 | 263.60 | | | | | | | | | |
| P___, W___ (9/5) (TRTL) | 6/1 | | VR&P | Perm | 0730 | 1530 | 8 | 28.73 | 229.84 | 1530 | 1900 | 3.5 | 41.88 | 146.58 | 25% | 11.5 | 7.18 | 82.57 |
| B___ W___ (13/1) (PIO) | 6/1 | | VR&P | Perm | 0830 | 1430 | 6 | 43.71 | 262.26 | | | | | | | | | |
| S___, F___ (11/10) | | | VR&P | Perm | | | | | | | | | | | | | | |
| R___, D___ (11/2) | 6/1 | | VR&P | Perm | 0700 | 1500 | 8 | 31.69 | 253.52 | 1500 | 2030 | 5.5 | 43.28 | 238.04 | | | | |
| W___, B___ (4/1) | | | VR&P | Temp | | | | | | | | | | | | | | |
| W___, C___ (9/7) | | | VR&P | Perm | | | | | | | | | | | | | | |
| W___, S___ (11/4) | 6/1 | | VR&P | Perm | 0800 | 1600 | 8 | 33.74 | 269.92 | 1600 | 1930 | 3.5 | 43.28 | 151.48 | | | | |
| Z___, K___ (9/4) | | | VR&P | Perm | | | | | | | | | | | | | | |

## PREMIUM PAY AUTHORIZATION AND COST RECORD

**NAME OF SUBJECT:** Julie Wheeler  
**TYPE OF OPERATION:** SAR  
**LOCATION:** NERI Land Search (Grandview area)  

**ACCOUNT NUMBER:** PPNENEROL3  
**CASE INCIDENT NUMBER:** NP20054331  
**INCLUSIVE DATES:** 5/31/2020-6/2/2020  

| Employee | Date | Regular TOD | Div | Perm/Temp | Regular From | To | Hrs | Rate | Amt | Overtime From | To | Hrs. | Rate | Amt. | Hazard X | Hrs. | Rate | Amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A—, G— (9/8) | 6/2 | | VR&P | Perm | 0800 | 1600 | 8 | 32.11 | 256.88 | 1600 | 2030 | 4.5 | 43.28 | 194.76 | | | | |
| B—, P— (9/10) | | | VR&P | Perm | | | | | | | | | | | | | | |
| C—, G— (5/1) | 6/2 | | VR&P | Temp | 0800 | 1600 | 8 | 16.73 | 133.84 | 1600 | 1700 | 1 | 25.10 | 25.10 | 25% | 9 | 4.18 | 37.62 |
| F—, M— (9/9) | | | VR&P | Perm | | | | | | | | | | | | | | |
| F—, M— (5/1) | | | VR&P | Temp | | | | | | | | | | | | | | |
| F—, R— (9/9) | | | VR&P | Perm | | | | | | | | | | | | | | |
| F—, N— (9/7) (TRTL/SRTL) | 6/2 | | VR&P | Perm | 0800 | 1600 | 8 | 31.26 | 250.08 | | | | | | 25% | 8 | 7.82 | 62.56 |
| | | | VR&P | Temp | | | | | | | | | | | | | | |
| S—, M— (4/1) | 6/2 | | VR&P | Temp | 0800 | 1600 | 8 | 14.95 | 119.60 | | | | | | | | | |
| I— P— ( | | | VR&P | Perm | 0900 | 1700 | 8 | 30.42 | 243.36 | | | | | | | | | |
| K—, K— (9/8) | | | VR&P | Perm | | | | | | | | | | | | | | |
| M—, J— (9/4) (TRTL) | | | VR&P | Perm | | | | | | | | | | | | | | |
| M—, R— (13/4) | | | VR&P | Perm | | | | | | | | | | | | | | |
| O—, E— (9/9) | | | VR&P | Perm | | | | | | | | | | | | | | |
| P—, W— (9/5) (TRTL) | 6/1 | | VR&P | Perm | | | | | | 0730 | 1700 | 9.5 | 41.88 | 397.86 | 25% | 9.5 | 7.18 | 68.21 |
| E— W— (13/1) (PIO) | | | VR&P | Perm | | | | | | | | | | | | | | |
| S—, P— (11/10) | | | VR&P | Perm | | | | | | | | | | | | | | |
| R—, D— (11/2) | 6/1 | | VR&P | Perm | 0800 | 1600 | 8 | 31.69 | 253.52 | 1600 | 1800 | 2 | 43.28 | 86.56 | 25% | 10 | 7.92 | 79.23 |
| W—, B— (4/1) | | | VR&P | Temp | | | | | | | | | | | | | | |
| W—, C— (9/7) | | | VR&P | Perm | | | | | | | | | | | | | | |
| W—, S— (11/4) | | | VR&P | Perm | | | | | | | | | | | | | | |
| Z—, K— (9/4) | | | VR&P | Perm | | | | | | | | | | | | | | |