**EXHIBIT 4**

| | Day 1:<br>5/31/2020 | Day 2:<br>6/1/2020 | Day 3:<br>6/2/2020 | |
|---|---|---|---|---|
| | 649.59 | $1,550.55 | $950.90 | Total Daily Unprogrammed Cost |
| **Removed** | | | | |
| ▮, G | | $194.76 | $194.76 | |
| ▮, D | | $238.04 | $86.56 | |
| ▮, S | | $151.48 | $0.00 | |
| | 649.59 | $966.27 | $669.58 | Adjusted Daily Totals (LE Removed) |

| | |
|---|---|
| **Total Uprogramed Cost with LE** | ~~$3,151.04~~ |
| **Total Uprogramed Cost (adjusted without LE)** | $2,285.44 |